FILED

02/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0470

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0470

_____

WILLIAM D. PRATT, individually and as
Managing Member of PRATT RANCH, LLC,
a Montana Limited Liability Company and
as a Member of PRATT COMMERCIAL
PROPERTY, LLC, a Montana Limited
Liability Company,

       Plaintiff and Appellee,

   v.

THOMAS A. PRATT, individually and as a
Member of PRATT RANCH, LLC, a Montana
limited liability company and as a Member
of PRATT COMMERCIAL PROPERTY, LLC,
a Montana Limited Liability Company,

       Defendant and Appellant.

O R D E R

_____

Upon Appellant's motion for extension to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 11, 2022, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 18 2022